[No. 41553-4-II.   Division Two.   October 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON BRADLEY
MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01356-7, Carol Murphy, J., entered December 9, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 41594-1-II.   Division Two.   October 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. A.R.P.D.,
*Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-8-00826-3, Richard A. Melnick, J., entered December 21, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Johanson, JJ.

[No. 28372-1-III.   Division Three.   October 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN JOSEPH
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-01505-5, Michael G. McCarthy, J., entered August 26, 2009. *Reversed* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 29206-1-III.   Division Three.   October 25, 2011.]

SARAH R. LITTLE, *Respondent*, v. ROBERT RANDALL BAKER
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-01639-3, Annette S. Plese, J., entered June 10, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.